IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Randall W. Baith | : | Case No. 2:07-CV-845 |
| Plaintiff | : | Judge Marbley |
| v. | : | Magistrate Judge Abel |
| Columbus Maple Glen Apts., LLC | : | |
| Defendant | : | |

**ORDER**

Plaintiff brings this action alleging that defendant. This matter is before the Court on Magistrate Judge Abel's April 14, 2008 Report and Recommendation that defendant's motion to vacate default judgment and for leave to file an answer in response to plaintiff's complaint (doc. 9) be granted. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and defendant's motion to vacate default judgment and for leave to file an answer in response to plaintiff's complaint is **GRANTED**. (Doc. 9.)

    s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court